UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>                  Plaintiff,<br><br>v.<br><br>ESP EXECUTIVE STAFF, *et. al.*,<br><br>                  Defendants. | Case No. 3:23-CV-00183-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

      On May 17, 2024, Defendants filed their answer to Plaintiff's complaint, which was sent to Plaintiff at his address at the Ely State Prison ("ESP"). (ECF No. 10.) On May 21, 2024, ESP returned this document as undeliverable stating that Plaintiff is "Not at ESP." (ECF No. 11.) However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

      Accordingly, **IT IS ORDERED** that Plaintiff shall file his notice of change of address with the Court by **June 21, 2024**.

      **IT IS FURTHER ORDERED** that if Plaintiff fails to timely comply with this order, the Court will recommend dismissal of this action without prejudice.

**DATED**: May 21, 2024.

                                                               _____
                                                               **UNITED STATES MAGISTRATE JUDGE**